IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:26-cv-02309-PTG-WEF, Case Name Roku, Inc. v. Multimedia Technologies PTE. LTD

Party Represented by Applicant: Roku, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Natalie Bennett

Bar Identification Number 6304611 State IL

Firm Name Morgan, Lewis & Bockius LLP

Firm Phone # 202.739.3000 Direct Dial # 202.739.5559 FAX # 202.739.3001

E-Mail Address natalie.bennett@morganlewis.com

Office **Mailing** Address 1111 Pennsylvania Ave. NW, Washington, DC 20004

Name(s) of federal district court(s) in which I have been admitted N.D. Illinois; E.D. Texas; N.D. Texas; District of Columbia, DC

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ■ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

N Bennett
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) 8-24-2026 (Date)

STEPHEN EDWARD NOONA (Typed or Printed Name) 25367 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

(Judge's Signature) (Date)

Dated: August 24, 2026

Respectfully Submitted,

By: /s/ Stephen E. Noona
Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-369-9092
Stephen.noona@kaufcan.com

Natalie A. Bennett (*pro hac vice* forthcoming)
Matthew J. Rizzolo (*pro hac vice* forthcoming)
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

Jason C. White (*pro hac vice* forthcoming)
Nicholas A. Restauri (*pro hac vice* forthcoming)
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

*Counsel for Roku, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, a copy of the foregoing Application to Qualify as a Foreign Attorney Under Local Rule 83.1(E) and Local Criminal Rule 57.4(E) was sent by electronic mail to:

Timothy Gilman
**Kasowitz LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1724
Facsimile: (212) 835-5080
Tgilman@kasowitz.com

By: */s/ Stephen E. Noona*

Stephen E. Noona (VSB No. 25367)
**Kaufman & Canoles, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-369-9092
Stephen.noona@kaufcan.com

*Counsel for Roku, Inc.*